IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DAMIEN WILLIAMS,**

        Plaintiff,

    v.

                No. 2:05 CV 1084

**DR. ALLADDIN SYED,** Medical Director,
and Health Care Administrator, **JOAN DELIE,**

        Defendants.

### ORDER OF COURT

Upon consideration of Dr. Syed's Motion to Remand, it is **ORDERED, ADJUDGED and DECREED** that said Motion is granted and that the above-captioned case, originally filed in the Civil Division of the Court of Common Pleas of Allegheny County, Pennsylvania, at GD No. 00-001535 is remanded to state court.

Date: 8/15/05

                                                               _Anetta F. Andrews_
                                                              UNITED STATES DISTRICT JUDGE